# EXHIBIT A

# Billing File for Campos v. Tolteca Enterprises, Inc. et al ( )

| Task | Staff | Time Expended | Rate | Amount |
|---|---|---|---|---|
| Process initial intake report/send representation agreement/create file. | Paralegal/Staff | 1.25 | $50.00 | $62.50 |
| Communication with client to collect evidence/sort telephone records | Paralegal/Staff | 1.20 | $50.00 | $60.00 |
| Review of initial intake report/client communications. | Attorney | 0.50 | $300.00 | $150.00 |
| Call to defendant to terminate calls to client/make notations/attpt. obtain debt inf | Paralegal/Staff | 0.50 | $50.00 | $25.00 |
| Research Defendant/Update file. | Paralegal/Staff | 0.50 | $50.00 | $25.00 |
| Review client's telephone records/voicemails. | Attorney | 0.50 | $300.00 | $150.00 |
| Transcribe voicemail messages from Defendant. | Paralegal/Staff | 0.40 | $50.00 | $20.00 |
| Communication with client (client call). | Attorney | 0.25 | $300.00 | $75.00 |
| Draft/mail demand letter. | Attorney | 0.75 | $300.00 | $225.00 |
| Comm. with client to discuss litigation/prep./fee waiver inst./enter notations. | Attorney | 1.25 | $300.00 | $375.00 |
| Obtain court information/venue/set up litigation file. | Paralegal/Staff | 0.60 | $50.00 | $30.00 |
| Obtain registered agent, complete USM-285 forms/follow up with U.S. Marshall | Paralegal/Staff | 0.50 | $50.00 | $25.00 |
| Prepare Civil Case Cover Sheet/Summons/Pro Hac Vice documents. | Paralegal/Staff | 0.75 | $50.00 | $37.50 |
| Review Civil Case Cover Sheet/Summons/Pro Hac Vice documents. | Attorney | 0.40 | $300.00 | $120.00 |
| Check viability of defendants/ID all parties/draft Complaint. | Attorney | 1.50 | $300.00 | $450.00 |
| Send case to process server/entered billing/confirmed proof of service. | Paralegal/Staff | 0.50 | $50.00 | $25.00 |
| Call to court to correct filing date. | Attorney | 0.25 | $300.00 | $75.00 |
| Communications with defendant's counsel. | Attorney | 0.40 | $300.00 | $120.00 |
| Make entries/certify billing file/send to defendant's counsel as requested. | Attorney | 0.50 | $300.00 | $150.00 |
| Review Defendant's Answer. | Attorney | 0.25 | $300.00 | $75.00 |
| Review Order of scheduling, Defendant's proposed sch.order. | Attorney | 0.50 | $300.00 | $150.00 |
| Call/email defendant's counsel regarding scheduling order. | Attorney | 0.25 | $300.00 | $75.00 |
| Prepare joint proposed scheduling order incorporating some of Def. sch.order. | Attorney | 0.50 | $300.00 | $150.00 |
| Discuss joint proposed scheduling order with defendant's counsel. | Attorney | 0.25 | $300.00 | $75.00 |
| Review Order/local rules on ADR report/draft/send to opposing counsel/call. | Attorney | 0.75 | $300.00 | $225.00 |
| Update litigation file/obtain ECF documents (throughout case). | Paralegal/Staff | 1.25 | $50.00 | $62.50 |

| Description | Role | Hours | Rate | Amount |
|---|---|---|---|---|
| Prepare Rule 26 disclosures. | Attorney | 0.25 | $300.00 | $75.00 |
| Assist client with Affidavit in support of summary judgment/discuss w/client. | Attorney | 0.75 | $300.00 | $225.00 |
| Legal research/draft motion for summary judgment. | Attorney | 5.75 | $300.00 | $1,725.00 |
| Prepare Declaration in support of motion for summary judgment. | Attorney | 0.25 | $300.00 | $75.00 |
| Prepare exhibits for motion for summary judgment. | Paralegal/Staff | 1.00 | $50.00 | $50.00 |
| Make entries/certify updated billing file. | Attorney | 0.50 | $300.00 | $150.00 |

**Total billing time through motion for summary judgment**     **$5,312.50**

| Description | Role | Hours | Rate | Amount |
|---|---|---|---|---|
| Review of Def. Response to S.J. motion, including review of each case cited. | Attorney | 1.25 | $300.00 | $375.00 |
| Draft Reply in Motion for Summary Judgment. | Attorney | 2.00 | $300.00 | $600.00 |
| Memorandum on attorney's fees. | Attorney | 1.75 | $300.00 | $525.00 |
| Prepare exhibits for Memorandum on attorney's fees. | Paralegal/Staff | 1.25 | $50.00 | $62.50 |

**Total billing time spent on "Campos I" causes of action for which summary judgment applies**     **$6,875.00**

### Costs

| Item | Amount |
|---|---|
| Certificate of Standing | $0.00 |
| UPS (Complaint to Court) | $32.41 |
| Filing fee | $0.00 |
| Pro Hac Vice fee | $0.00 |
| Process server | $0.00 |
| Mailing costs (filing fee to court) | $0.00 |

**Total costs**     $32.41

**Grand total:**     $6,907.41